**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:    Patricia Glover                          Date: May 1, 2007
Court Reporter:         Paul Zuckerman

Civil Action No. 07-cv-00784-MSK

*Parties*:                                                    *Counsel Appearing:*

UNITED RENTALS, INC.,                                         Conrad Kee
                                                              Colin Barnacle

                    Plaintiff,

v.

RONALD W. GRASSE,                                             Paul Hurcomb

                    Defendant.

---

**COURTROOM MINUTES**

---

HEARING:    Law and Motions

**4:28 p.m.        Court in session**

Motion to Compel arbitration is addressed.

**ORDER:**        Defendant's Motion to Compel Arbitration **(Doc. #10)** is **GRANTED** upon
                  confession by the plaintiff**.**

**4:34 p.m.        Court in recess**
**4:43 p.m.        Court in session**

                  The parties agreed to the following expedited discovery schedule:

                  Written discovery consisting of no more than 5 interrogatories and 10 requests for
                  production of documents  to be submitted by May 4, 2007.  Responses to be
                  submitted by May 11, 2007.

                  Each party will take 2 depositions between May 17 through May 23, 2007.

Preliminary Injunction hearing is addressed.  The preliminary injunction hearing will not be set at
this time for the reasons stated in the record.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2


**ORDER:**     The parties' stipulated expedited discovery schedule is deemed to be an
amendment to the Motion for Expedited Discovery **(Doc. #4)** and the motion is
therefore **GRANTED.**  The parties will advise the Court within 30 days of the
status of the arbitration proceeding at which time the Court will determine whether
a preliminary injunction hearing will be set.


**4:53 p.m.**     **Court in recess.**


**Total Time:   16  minutes.**
**Hearing concluded.**