IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00784-MSK-BNB

UNITED RENTALS, INC.,

       Plaintiff,

v.

RONALD W. GRASSE,

       Defendant.

_____

**ORDER DISMISSING ACTION**
_____

       **THIS MATTER** comes before the Court *sua sponte*.

       For the reasons stated in open court on May 1, 2007 **(# 13)**, and pursuant to the parties' Notice Regarding Arbitration Status **(# 14)**, it appears that there are no further matters remaining to be resolved in this action. Accordingly, the Complaint **(# 1)** is **DISMISSED** without prejudice in favor of the parties' resolution of all claims through arbitration. The Clerk of the Court shall close this case.

       Dated this 9th day of October, 2007

                                        **BY THE COURT:**

                                        _____

                                        Marcia S. Krieger
                                        United States District Judge